SEYFARTH SHAW LLP
Marianne M. Dickson (SBN 249737)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: 415-397-2823
Facsimile: 415-397-8549
Email: mdickson@seyfarth.com

SEYFARTH SHAW LLP
Bart Lazar
James B. Sowka
(*Pro Hac Vice Pending*)
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Email: blazar@seyfarth.com
         jsowka@seyfarth.com

Attorneys for ALDI, INC.

**FILED & ENTERED**

**JAN 08 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** duarte    **DEPUTY CLERK**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| **CREATIVE OUTDOOR DISTRIBUTORS, USA INC.,**<br><br>Debtor | Case No. 14-16651-ES<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR ORDER TO CONDUCT EXAMINATION OF DEBTOR CREATIVE OUTDOOR DISTRIBUTORS, USA, INC., THROUGH BRIAN HOROWITZ, AND BRIAN HOROWITZ IN HIS PERSONAL CAPACITY AND PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004**<br><br>[no hearing required] |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Motion is GRANTED in its entirety;

2. Pursuant to Federal Rule of Bankruptcy Procedure 9001(5), Brian Horowitz is hereby deemed as the Debtor in this case for the purpose of the 2004 examination of Creative Outdoor Distributors, USA, Inc.;

3. Pursuant to Federal Rule of Bankruptcy Procedure 2004(d):

   a. The Debtor, through Brian Horowitz, is directed to appear for examination at Seyfarth Shaw's offices at 2029 Century Park East, Suite 3500, Los Angeles, CA 90067-3021 ("Seyfarth's Offices"), on the topics set forth in **Exhibit B** to the Motion on such date noticed by Aldi after 30 days' notice of same or as otherwise mutually agreed by the parties; and

   b. The Debtor is directed to produce, at Seyfarth Offices, no later than the close of business on such date noticed by Aldi after 30 days' notice of same or as otherwise mutually agreed by the parties, all documents described in **Exhibit A** attached to the Motion.

4. Pursuant to Federal Rule of Bankruptcy Procedure 2004(a) & (b), Aldi is authorized to examine Brian Horowitz, in his personal capacity, on the subjects set forth in the Motion and **Exhibit A** to the Motion.

5. Pursuant to Federal Rule of Bankruptcy Procedure 2004(c):

   a. Aldi is hereby authorized to issue a subpoena to Brian Horowitz, in his personal capacity, compelling him to appear for examination at Seyfarth Offices on the topics set forth in **Exhibit B** to the Motion on such date noticed by Aldi after 30 days' notice of same or as otherwise mutually agreed by the parties; and

   b. Aldi is hereby authorized to issue a subpoena to Brian Horowitz, in his personal capacity, compelling the production of all documents described in **Exhibit A** to the Motion at Seyfarth Offices, no later than the close of business on such date noticed by Aldi after 30 days' notice of same or as otherwise mutually agreed by the parties.

Date: January 8, 2015

Erithe Smith
United States Bankruptcy Judge