Christopher P. Walker, Esq. (174533)
LAW OFFICE OF CHRISTOPHER P. WALKER, P.C.
505 S. Villa Real Drive, Suite 103
Anaheim Hills, CA 92807

Telephone: 714-639-1990
Facsimile: 714-637-1637

General Insolvency Counsel
for Debtor and Debtor-in-Possession

**FILED & ENTERED**

**JAN 26 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** reid    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>CREATIVE OUTDOOR DISTRIBUTORS, USA, INC.,<br><br>    Debtor. | Case No: 14-16651-ES<br><br>Chapter 11 Proceeding<br><br>**ORDER GRANTING MOTION FOR DIMSISSAL OF BANKRUPTCY CASE** |

    The Court having considered Debtor and Debtor in Possession, CREATIVE OUTDOOR DISTRIBUTORS, USA INC ("Debtor") MOTION FOR ORDER APPROVING: 1) DISMISSAL OF BANKRUPTCY CASE; AND 2)RESERVATION OF JURISDICTION FOR PAYMENT OF ANY U.S. TRUSTEE FEES AND ANY FEE APPLICATIONS ("Motion") (Docket No. 15), the Opposition and Reply thereto, and good cause showing, hereby orders as follows:

//

//

IT IS SHEREBY ORDERED that:

1. The Motion is granted.
2. The Bankruptcy Case is dismissed **effective February 2, 2015. The February 2, 2015 effective date is to permit Debtor to pay all outstanding U.S. Trustee Fees and to attend the 2004 examination.**
3. The Court reserved jurisdiction for payment of any U.S. Trustee fees.

###

Date: January 26, 2015

Erithe Smith
United States Bankruptcy Judge